UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DARIUS WINBORN, | ) | Case No. :  1:20 CV 2782 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| RIDDELL, INC. ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Counsel have notified the Court that the above captioned case has been settled. Accordingly, this action is DISMISSED WITH PREJUDICE.  Parties may file any additional documentation evidencing the settlement within 60 days of the entry of this Order.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: _September 10, 2021_